UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:10-cr-232-T-23MAP
                                                               8:12-cv-2037-T-23MAP
RONALD JILES
_____/

**O R D E R**

Jiles pleaded guilty under a plea agreement to possession with the intent to distribute fifty grams or more of cocaine base. Jiles moves under 28 U.S.C. § 2255 (Doc. 1) to vacate his sentence. Jiles claims entitlement to a re-sentencing under the Fair Sentencing Act of 2010 ("FSA"). Based on controlling precedent when he was sentenced, Jiles's sentence was calculated without consideration of the FSA because the offense was committed before the effective date of the FSA. Binding authority now holds that Jiles is entitled to the benefits of the FSA. *Dorsey v. United States*, ___ U.S. ___, 132 S. Ct. 2321 (2012); *United States v. Hudson*, 685 F.3d 1260 (11th Cir. 2012) (*en banc*). The United States stipulates (Doc. 2) that Jiles is entitled to a re-sentencing.

Accordingly, Jiles's motion to vacate (Doc. 1) is **GRANTED**. The clerk shall enter a civil judgment for Jiles and close this case. The criminal judgment in 8:10-cr-

232-T-23MAP (Doc. 42) is **VACATED**.  The clerk shall file a copy of this order in the criminal case.

ORDERED in Tampa, Florida, on September 21, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE